IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE CONTRIBUTOR; CALVIN | ) | |
| HART; and ANDREW HARRINGTON | ) | No. 3-11-0624 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF BRENTWOOD | ) | |

## O R D E R

By contemporaneously entered order, the Court has approved and entered the parties' initial case management order, with modifications addressed at the initial case management conference held on August 16, 2011. Those modifications and other matters addressed on August 16, 2011, are as follows:

1.    The plaintiffs' motion to amend (Docket Entry No. 9) is GRANTED.

The Clerk is directed to file and docket the plaintiffs' first amended complaint (Docket Entry No. 9-1).

2.    The defendant shall have until August 26, 2011, to file a response to the amended complaint.

3.    The contemporaneously entered order provides that all written discovery, as well as all fact witness depositions, be completed by January 13, 2012. That means that discovery shall be served in sufficient time so that responses will be in hand by January 13, 2012.

4.    Any discovery motions relating to fact discovery shall be filed by January 20, 2012. Alternatively, the parties shall, by January 20, 2012, schedule a telephone conference call with the Court to address any discovery issues relating to fact discovery.

5.    The plaintiffs shall have until April 16, 2012, to serve any rebuttal expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure.

6.    The prohibition against filing a motion for partial summary judgment without leave of Court has been deleted.

7.     Discovery of electronically stored information shall be governed by Administrative Order No. 174, entitled "Default Standard for Discovery of Electronically Stored Information ('E-Discovery')," entered July 9, 2007, unless the parties agree otherwise.

8.     Counsel for the parties shall convene a telephone conference call with the Court on **Friday, January 13, 2012, at 1:00 p.m.,** to be initiated by plaintiffs' counsel, to address the status of the case, including the status of discovery, whether any discovery issues have arisen or are anticipated, whether the parties anticipate filing simultaneous cross-motions for summary judgment or anticipate the possibility of one side filing a motion for summary judgment to which the other side might respond with a cross-motion, and any other appropriate matters.

As provided in the contemporaneously entered order, the deadline for filing all dispositive motions is June 11, 2012. Any response shall be filed within 28 days of the filing of the motion or by July 9, 2012, if the motion is filed on June 11, 2012. Any reply, if necessary, shall be filed within ten (10) calendar days or by July 19, 2012, if the response is filed on July 9, 2012.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Todd J. Campbell, Chief Judge.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment without leave from Chief Judge Campbell.

There shall be no stay of discovery prior to the January 13, 2012, deadline for completion of fact discovery or the May 15, 2012, deadline for completion of expert discovery.

Based on the above scheduling and taking into account counsel's other commitments in October and November 2012, it is recommended that a bench trial be scheduled no earlier than December 4, 2012. The parties anticipate that this case will be resolved by dispositive motion, but, in the event that a trial is needed, they expect that the trial could last three (3) days.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge