IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THE CONTRIBUTOR; CALVIN )
HART; and ANDREW HARRINGTON ) No. 3-11-0624
)
v. )
)
CITY OF BRENTWOOD )

O R D E R

Pursuant to the order entered August 17, 2011 (Docket Entry No. 12), counsel called the Court on January 13, 2012, at which time the following matters were addressed:

1. The parties have completed written discovery, except that the defendant has not yet produced emails requested by the plaintiffs. The defendant shall produce the retrieved emails, based on the agreed upon search terms and recipients, by January 20, 2012, and, if there are any delays, defendant's counsel shall communicate with plaintiffs' counsel about any such delays.

2. The plaintiffs' motion to modify the case management order (Docket Entry No. 19) was GRANTED, and the following deadlines extended.

3. The January 13, 2012, deadline for completing all written discovery and deposing all fact witnesses is extended to April 23, 2012. That means that written discovery shall be served in sufficient time so that responses will be in hand by April 23, 2012.

4. The plaintiffs will not disclose any experts unless in rebuttal to the defendant's expert disclosure.

5. Therefore, the March 16, 2012, deadline for the defendant to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure is reduced to March 9, 2012.

6. The April 16, 2012, deadline for the plaintiffs to serve any rebuttal expert disclosures is extended to April 19, 2012. The plaintiffs shall not be permitted to use any experts that are not in rebuttal to any expert disclosures made by the defendant.

7. The May 15, 2012, deadline for completion of expert discovery is extended to May 30, 2012.

8. The March 16, 2012, deadline for the parties to file a joint mediation report is extended to April 19, 2012, indicating the potential for settlement, propriety of ADR, and whether the parties have participated--formally or informally--in mediation or if they hope to do so.

9. The January 20, 2012, deadline for filing any discovery motion relating to fact discovery is extended to May 4, 2012. Alternatively, the parties shall, by May 4, 2012, schedule a telephone conference call with the Court to address any discovery issues or disputes relating to fact discovery.

10. The June 11, 2012, deadline for filing all dispositive motions is extended to August 1, 2012. Any response shall be filed within 28 days of the filing of the motion or by August 29, 2012, if the motion is filed on August 1, 2012. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by September 12, 2012, if the response is filed on August 29, 2012.[1]

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Todd J. Campbell, Chief Judge.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment without leave from Chief Judge Campbell.

There shall be no stay of discovery before the April 23, 2012, deadline for completion of fact discovery or the May 30, 2012, deadline for completion of expert discovery even if a dispositive motion is filed prior thereto.

Except as modified herein, the orders entered August 17, 2011 (Docket Entry Nos. 11-12) remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] In their motion, the plaintiffs suggested that any reply should be filed within 12 days, but the Court has extended that time to 14 days.

2

Case 3:11-cv-00624 Document 20 Filed 01/17/12 Page 2 of 2 PageID #: 87