IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE CONTRIBUTOR, et al. | ) |
| | ) |
| v. | ) NO. 3-11-0624 |
| | ) JUDGE CAMPBELL |
| CITY OF BRENTWOOD | ) |

ORDER

Pending before the Court are Plaintiffs' Motion for Leave to File a Brief in Excess of Twenty-Five Pages (Docket No. 38); Defendant's Motion for Leave to File under Seal (Docket No. 39); Defendant's Motion for Modification of Case Management Order to Allow for Increase in Page Length of Memoranda in Support of Motions for Summary Judgment (Docket No. 44); Defendant's Motion for Leave to File under Seal (Docket No. 51); and Defendant's Motion for Leave to Manually File (Docket No. 52). All of these Motions (Docket Nos. 38, 39, 44, 51 and 52) are GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE